# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

MAY 20 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| ROBERT PROSPER, § | |
| *Plaintiff,* § | |
| V. § | CIVIL ACTION NO. 4:23-CV-02603 |
| § | |
| CITY OF HOUSTON, ET AL., § | |
| *Defendants.* | |

## NOTICE OF APPEAL

Notice is given that Robert Prosper, Plaintiff in the above entitled case, appeals to The United States Court of Appeals for the Fifth Circuit from the Order adopting Memoranda and recommendations ( Dkt 24 ) and Final Judgment (Dkt 25) entered on May 9, 2024.

Robert Prosper

6421 Lockwood Dr.

Houston, TX 77028

Tel. 832-549-3688

Email: josephcandran@gmail.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Document was served upon the Following via email:

City of Houston

K. R. Haverstrom

S. T. Keene

Michelle.Taylor2@houstontx.gov

EXECUTED ON THIS 20th DAY OF MAY, 2024.

*[signature]*